UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>06-20467-CR-GOLD</u>

UNITED STATES OF AMERICA

v.

JOHN KEITH DANKS,

           Defendant.
_____/

## JUDGMENT OF FORFEITURE

**THIS MATTER** came before the Court on Motion of the United States for entry of a Judgment of Forfeiture and its incorporation into the Judgment & Commitment Order. Being familiar with the record in this matter, the Plea Agreement executed by the parties, and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1.    A judgement in the amount of $8,837,148.00 is entered against the defendant, JOHN KEITH DANKS, $8,693,104.67 of which shall be payable to the Clerk of Court, for transfer to the United States through the United States Marshall's Service, to the following account: CATS # 07-FDA-000138; and $144,043.33, representing the amount payable through a Bank Atlantic Official Check previously surrendered to the United States by JOHN KEITH DANKS, which shall be transferred by FDA/OLE to the United States Marshall's Service, to the following account: CATS

1

# 05-FDA-000066 . The United States may forfeit any property of the defendant, up to the value of the unsatisfied forfeiture judgment, in accordance with 21 U.S.C. § 853(p).

3.   The United States may seek collection of the money judgment by attachment, garnishment, execution, or other legal remedy on any property or asset belonging to JOHN KEITH DANKS, in order to satisfy the judgment.

4.   The Court shall retain jurisdiction in this matter to take additional action and enter further orders as necessary to implement and enforce this forfeiture order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _17_ day of August, 2007.

_____
ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:   David Roth, Esq.
      AUSA T. Watts-FitzGerald
      AUSA Alison Lehr