UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 06-20467-CR-GOLD

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOHN KEITH DANKS,

        Defendant(s).
_____/

### ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF SELF SURRENDER DATE

This matter came before this Court pursuant to the defendant's unopposed motion resetting defendant's self-surrender from January 2, 2008 to January 15, 2008, it is hereby

**ORDERED AND ADJUDGED** that the defendant's unopposed motion resetting defendant's self-surrender from January 2, 2008 to January 15, 2008 [DE 35] is hereby granted without Government objection. The defendant shall voluntarily surrender on January 15, 2008 at the Federal Prison Camp, Pensacola, Florida.

**DONE AND ORDERED** at Miami, Florida, this _____19th_____ day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE
ALAN S. GOLD

cc:    AUSA Thomas Watts-Fitzgerald
       David L. Roth, Esquire
       U.S. Pretrial/Probation Division
       U.S. Marshal Services (2 certified)