UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO: 06-20467-CR-GOLD

Plaintiff,

VS.

JOHN KEITH DANKS,
Reg. No. 79294-004,

Defendant.
_____/

## ORDER GRANTING MOTION FOR REDUCTION OF SENTENCE

On November 4, 2008, this matter came for hearing before the undersigned pursuant to the Government's motion for reduction of sentence pursuant to Rule 35(b), filed August 12, 2008. Based on the matters presented and the argument of counsel, it is hereby

**ORDERED AND ADJUDGED** that the Government's motion for reduction of sentence [DE 39] is hereby **granted.** The defendant's sentence is hereby reduced from thirty (30) months to credit time served as to Count 1. It is further

**ORDERED AND ADJUDGED** that all other conditions previously imposed and set forth in the "Judgment in a Criminal Case," filed August 21, 2007, shall remain in full force and effect.

**DONE AND ORDERED** at Miami, Florida, this 4th day of November, 2008.

UNITED STATES DISTRICT JUDGE
ALAN S. GOLD

cc:  AUSA Thomas Watts-Fitzgerald
     Robert Targ, Esquire
     Douglas Duncan, Esquire
     U.S. Probation Officer
     U.S. Marshal Service (2 certified)